138 So.2d 713

**Ex parte James S. PHIFER.**

**6 Div. 837.**

Supreme Court of Alabama.

March 1, 1962.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for petitioner.

Earl McBee, Birmingham, for City of Birmingham.

PER CURIAM.

This is a companion petition to that of Ex parte Shuttlesworth this day denied,

ante, p. 228, 138 So.2d 712. On the authority of our opinion in that cause, the petition is denied.

LIVINGSTON, C. J., and SIMPSON, GOODWYN and MERRILL, JJ., concur.